United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-14565-jkf
Stuart J. Singer                                                Chapter 13
Sonya W. Singer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                Page 1 of 1             Date Rcvd: Mar 06, 2017
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.
db/jdb         +Stuart J. Singer,   Sonya W. Singer,    128 Altimari Court,   Southampton, PA 18966-6000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
              HAL A. BARROW    on behalf of    Willowbrook Homeowners Association kelly@barrowlaw.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Sonya W. Singer aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Stuart J. Singer aaamcclain@aol.com,  edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
               Certificates, Series 2006-WMC1 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank N.A., as trustee, mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
               Certificates, Series 2006-WMC1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Stuart J. Singer<br>    Sonya W. Singer<br>            Debtor. | Chapter 13<br><br>Case No.: 14-14565-jkf |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1,<br>            Movant,<br>vs.<br>Stuart J. Singer<br>Sonya W. Singer,<br>            Debtor / Respondent,<br>and<br>William C. Miller,<br>            Trustee / Respondent. | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __6th__ day of __March__, 20__17__, it is hereby

    **ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 128 Altimari Court, Southampton, PA 18966;

    **ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

    **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

    **ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

                            BY THE COURT:

                            _____
                            Hon. Jean K. FitzSimon, U.S.B.J.