# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-14565-AMC

    STUART J. SINGER
    SONYA W. SINGER
    128 ALTIMARI COURT

    SOUTHAMPTON, PA 18966

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STUART J. SINGER
    SONYA W. SINGER
    128 ALTIMARI COURT

    SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

        /S/ William C. Miller

Date: 2/12/2018        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee