United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-14565-amc
Stuart J. Singer                                                Chapter 13
Sonya W. Singer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2            Date Rcvd: Mar 13, 2018
                              Form ID: pdf900          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         +Stuart J. Singer,    Sonya W. Singer,    128 Altimari Court,    Southampton, PA 18966-6000
13355427       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13322609       +Enhanced Acq,   3840 E. Robinson Road,    Amherst, NY 14228-2001
13322610       +Great Plain Lending,    PO Box 42906,   Philadelphia, PA 19101-2906
13322611       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13322614       +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, STE 2080,
                 Philadelphia, PA 19109-1031,    ATTN: Margaret Gairo, Esq.
13340888       +NCB Management Srvs. Inc.,    1 Allied Dr.,    Trevose, PA 19053-6945
13322615        Nationwide Property & Casualty,    PO Box 13958,   Philadelphia, PA 19101-3958
13896829       +U.S. Baak NA,   c/o Brian C. Nicholas, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13447242       +U.S. Bank N.A., as trustee,    c/o Select Portfolio Servicing, Inc.,    3815 S. West Temple,
                 Salt Lake City, UT 84115-4412
13322619        Willow Brook Homeowner's Association,    PO Box 1468,    Southampton, PA 18966-0831
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 14 2018 01:40:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 01:39:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2018 01:40:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2018 01:43:37     Absolute Resolutions Corp.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:37
                 PRA   Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13322608       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 14 2018 01:40:16
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13397896        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2018 01:40:02     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13367807        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13367806        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13322612       +E-mail/Text: csd1clientservices@cboflanc.com Mar 14 2018 01:40:14     Lancaster Collections,
                 Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
13322613       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:22     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13322616        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:21
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
14044018        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:29
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13342715        E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2018 01:39:46
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13440892        E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2018 01:43:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13322617       +E-mail/Text: jennifer.chacon@spservicing.com Mar 14 2018 01:40:18
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13424484       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 14 2018 01:39:56
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13322618       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 14 2018 01:39:56
                 Westlake Financial Svc,    4751 Wilshire Blvd Suite 100,    Los Angeles, CA 90010-3847
13475988        E-mail/Text: cio.bncmail@irs.gov Mar 14 2018 01:39:44     department of the treasury,
                 centralized insolvency operation,    p.o. box 7346,    philadelphia, pa 19101-7346
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE           Willowbrook Homeowners Association,    c/o Hal A. Barrow, Esquire,
                 65 W. Street Rd., Suite B102,    Warminster
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Mar 13, 2018
                              Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
           Certificates, Series 2006-WMC1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          HAL A. BARROW    on behalf of    Willowbrook Homeowners Association kelly@barrowlaw.com
          JOHN L. MCCLAIN    on behalf of Debtor Stuart J. Singer aaamcclain@aol.com, edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Sonya W. Singer aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
           Certificates, Series 2006-WMC1 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
           Certificates, Series 2006-WMC1 bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through
           Certificates, Series 2006-WMC1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for U.S. Bank N.A., as trustee, mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUART J. SINGER<br>SONYA W. SINGER | Chapter 13 |
| Debtor | Bankruptcy No. 14-14565-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___13th___ day of ___March___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
STUART J. SINGER
SONYA W. SINGER
128 ALTIMARI COURT

SOUTHAMPTON, PA 18966